**DISMISS and Opinion Filed September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01025-CR

**ROBERT ARTHUR MOSES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81377-2015**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Schenck
Opinion by Justice Whitehill

Robert Arthur Moses was convicted of murder and sentenced to life in prison. This Court affirmed his conviction. After the Texas Court of Criminal Appeals refused his pro se petition for discretionary review, our mandate issued on January 24, 2019. In June and July of 2019, appellant filed fifteen motions in the trial court, including a motion to quash the arrest warrant, motion to quash the indictment, and motion for a new trial. The trial court denied the motions for lack of jurisdiction in an order dated July 31, 2019. Appellant then filed a notice of appeal.

Taken together, appellant's motions constitute a collateral attack on his final conviction and, therefore, fall under the scope of a post-conviction writ of habeas corpus under article 11.07 of the Texas Code of Criminal Procedure. Only the Texas Court of Criminal Appeals has jurisdiction in final, post-conviction felony proceedings. TEX. CODE CRIM. PROC. ANN. art. 11.07;

*Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding);

*In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

We dismiss this proceeding for want of jurisdiction.


/Bill Whitehill/
BILL WHITEHILL
JUSTICE


Do Not Publish
TEX. R. APP. P. 47.2(b)
191025F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT ARTHUR MOSES, Appellant

No. 05-19-01025-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-81377-2015.
Opinion delivered by Justice Whitehill.
Chief Justice Burns and Justice Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered September 24, 2019.